**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00425-REB-06

UNITED STATES OF AMERICA,

     Plaintiff,

v.

6.  TRAVIS W. MILLER,

     Defendant.

## ORDER GRANTING MOTION FOR CLARIFICATION

**Blackburn, J.**

The matter is before me on the **Defendant's First Motion Requesting Clarification of Monetary Penalties Imposed by The Courts and/or Setting of Payment Schedule** [#528][1] filed July 10, 2013.  I grant the motion.

The **Judgment in a Criminal Case** [#235] filed September 28, 2006, provides in relevant part that restitution,[2] *see* Judgment at 5, in the amount of $19, 328.05, *see id.*, is payable to the victim,[3] Saint Anthony Central Hospital, *see id.*, in monthly installments of at least $50 per month during the term of supervised release, *see id.* at 6, ¶ F.

---

[1] "[#528]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] Mr. Miller refers erroneously to a fine. *See* Motion at 1.

[3] The Judgment requires that restitution payments shall be made to the victim in care of Centura Hospital Business Office, 8140 S. Holly Street, Centennial, CO 80122, account number 000260509-0001. *See* Judgment at 5.

**THEREFORE, IT IS ORDERED** as follows:

1. Tthat the **Defendant's First Motion Requesting Clarification of Monetary Penalties Imposed by The Courts and/or Setting of Payment Schedule** [#528] filed July 10, 2013, is **GRANTED**; and

2. That the defendant, Travis W. Miller, **SHALL PAY** restitution to Saint Anthony Central Hospital (in care of Centura Hospital Business Office, 8140 S. Holly Street, Centennial, CO 80122, account number 000260509-0001) in monthly installments of at least $50 per month during the term of supervised release.

Dated July 16, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge